AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Craig Cunningham <br><br> Plaintiff(s) <br> v. <br> 4Bush Holdings, LLC <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:20-cv-145 |

Handwritten: Kent Palmer 3-10-20 1:50 pm
Jared Forbush

**FILED**
MAR 11 2020
Clerk, U.S. District Court
Eastern District of Texas

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 4Bush Holdings, LLC can be served via registered agent Jared Forbush at 318 W. 250 S. Kaysville, UT 84037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, Plaintiff, Pros-e, 615-348-1977, projectpalehorse@hushmail.com, 3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN District of Texas

Case Number: 4:20-CV-00145-SDJ-CAN

Plaintiff:
**CRAIG CUNNINGHAM**

vs.

Defendant:
**4BUSH HOLDINGS, LLC**

For:
CRAIG CUNNINGHAM
CRAIG CUNNINGHAM
3000 Custer road ste 270-206
PLANO, TX 75075

Received by ANDERSON INVESTIGATIONS, INC. on the 4th day of March, 2020 at 10:14 am to be served on **4BUSH HOLDINGS, LLC R/A JARED FORBUSH, 318 WEST 250 SOUTH, KAYSVILLE, UT 84037**.

I, R. Kent Palmer, being duly sworn, depose and say that on the **6th day of March, 2020 at 5:50 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS; PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND; EXHIBIT; CIVIL COVER SHEET;** with the date and hour of service endorsed thereon by me to JARED FORBUSH as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 220, Hair: Grey, Glasses: Y

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78-B-5-705, I declare under criminal penalty that the foregoing is true and correct.

HEIDI ANDERSON
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 01/01/2021
Commission # 692523

Subscribed and Sworn to before me on the 10th day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

R. Kent Palmer
Process Server

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
(801) 619-1110

Our Job Serial Number: AND-2020000929

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k