## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** <br><br> **v.** <br><br> 4Bush Holdings, LLC, Jared Forbush, Desert Lake Group, LLC, Darin Toone, and <br><br> John/Jane Does 1-5 <br><br><br><br> **Defendant** | § <br> § <br> § <br> § <br> § <br> §  4:20-cv-00145-SDJ-CAN <br> § <br> § <br> § |

### Plaintiff's Motion to Dismiss all Parties with Prejudice

1. The Plaintiff hereby requests the court dismiss his claims against 4Bush Holdings, LLC, Jared Forbush, Desert Lake Group, LLC, and Darin Toone with prejudice.


Craig Cunningham
Plaintiff,                                    6/18/2020


Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** <br><br> v. <br><br> 4Bush Holdings, LLC, Jared Forbush, Desert Lake Group, LLC, Darin Toone, and <br><br> John/Jane Does 1-5 <br><br><br><br> **Defendant** | § § § § § § § § § § § 4:20-cv-00145-SDJ-CAN |

## Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was mailed to the attorney of record in this

case

Craig Cunningham
Plaintiff,                          6/18/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075